NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of K.S., a child.

_____

C.L.,

        Appellant,

v.                           Case No. 2D18-453

DEPARTMENT OF CHILDREN AND
FAMILIES and GUARDIAN AD LITEM
PROGRAM,

        Appellees.

_____

Opinion filed August 1, 2018.

Appeal from the Circuit Court for
Hillsborough County; Emily A. Peacock,
Judge.

David A. Dee, Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Mary Soorus, Assistant
Attorney General, Tampa, for Appellee
Department of Children and Families.

Laura J. Lee, Sanford, for Appellee
Guardian ad Litem Program.


PER CURIAM.

Affirmed.

LaROSE, C.J., and VILLANTI and LUCAS, JJ., Concur.